**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-61617-CIV-SMITH**

HOWARD MICHAEL CAPLAN,

Plaintiff,

v.

RED LINE AMMO II, L.L.C., *et al.*,

Defendants.

_________________________________/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Joint Notice of Settlement [DE 17], indicating that this matter has been settled. Upon consideration, it is hereby

**ORDERED** that:

1. The parties shall file a Joint Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 by **February 21, 2025**.
2. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 21st day of January, 2025.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record